**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard
Nineteenth Floor
Newark, NJ 07102
(973) 436-5800
Attorneys for Plaintiff, Hawthorn Suites Franchising, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GVL HOSPITALITY, LLC, a Florida Limited Liability Company; MEGHAJ REDDY, an individual; UMA S. KONDA, an individual; VISHNU REDDY, an individual; VIJITHA REDDY, an individual; and SARITH K. REDDY, an individual,<br><br>Defendants. | Civil Action No. 20-cv-09256(SDW)(AME)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Hawthorn Suites Franchising, Inc. ("HSF"), by its attorneys, Connell Foley LLP, seeking the entry of final judgment by default against defendants, GVL Hospitality, LLC, Meghaj Reddy, Uma S. Konda, Vishnu Reddy, Vijitha Reddy, and Sarith K. Reddy (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 22, 2020, seeking damages as a result of the breach of a license agreement between HSF and Defendants, and service of the Summons and Complaint having been effectuated with respect to Meghaj Reddy by personally serving him in Orlando, Florida on August 5, 2020; and service of the Summons and Complaint having been effectuated with respect to Vijitha Reddy and Vishnu Reddy by personally serving

5904599-1

them in Windermere, Florida on August 13, 2020; and service of the Summons and Complaint having been effectuated with respect to Uma S. Konda by personally serving her in Round Rock, Texas on August 19, 2020; and service of the Summons and Complaint having been effectuated with respect to GVL Hospitality, LLC by personally serving its agent in Orlando, Florida on September 7, 2020; and service of the Summons and Complaint having been effectuated with respect to Saritha K. Reddy by personally serving her via regular and certified mail; and Defendants having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on December 21, 2020 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 7th day of June, 2021,

**ORDERED, ADJUDGED, AND DECREED** that HSF have judgment against Defendants, jointly and severally, in the total amount of $109,533.60 comprised of the following:

a. $92,982.40 for Recurring Fees (principal plus prejudgment interest); and

b. $16,551.20 for Attorneys' Fees and Costs.

_____
**HON. SUSAN D. WIGENTON, U.S.D.J.**